Gloria Annette FORD, Plaintiff–Appellant,

v.

MEDICAL CENTER OF MESQUITE; Texas Workforce Commission, Defendants–Appellees.

No. 08–10067

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 10, 2009.

Gloria Annette Ford, pro se.

Shelbi Lee Barnhouse, Carrington, Coleman, Sloman & Blumenthal, Dallas, TX, Kristen A. Riker, Office of the Attorney General for the State of Texas, Austin, TX, for Defendants–Appellees.

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM: *

Gloria Annette Ford, proceeding pro se, appeals the dismissal without prejudice of claims that she brought but failed to prosecute, even after ample warnings from the court. She provides no grounds on which

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.